**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**Olivia F. Bivens, Esq. (NV 15014)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101

**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
sgillespie@burgermeyer.com
obivens@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANA PATRICIA GOMEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a foreign corporation, d/b/a WALMART #2593; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01233-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 13 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, ANA PATRICIA GOMEZ and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: August 20, 2026

**THE702FIRM**

By: */s/ Joel Hengstler*
JOEL HENGSTLER, ESQ.
Nevada Bar No. 11597
SEAN P. COSLEY, ESQ.
Nevada Bar No. 16832
8335 W. Flamingo Rd.
Las Vegas, NV 89147
*Attorneys for Plaintiff*

DATED: August 20, 2026

**BURGER MEYER & D'ANGELO, LLP**

By: */s/Olivia F. Bivens*
SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 15227
OLIVIA F. BIVENS, ESQ.
Nevada Bar No. 15014
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Walmart, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: August 21, 2026

Respectfully Submitted By:

**BURGER MEYER & D'ANGELO, LLP**

By: */s/Olivia F. Bivens*
SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 15227
OLIVIA F. BIVENS, ESQ.
Nevada Bar No. 15014
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Walmart, Inc.*



BURGER, MEYER & D' ANGELO, LLP